

NUMBER 13-18-00550-CV

COURT OF APPEALS

THIRTEENTH DISTRICT OF TEXAS

CORPUS CHRISTI - EDINBURG

CERTIFIED VALUE, INC. D/B/A
KIDSTREAM AND JOHN HAMPTON,                                    Appellant,

v.

INFINITE PLAY CO.,                                                Appellee.

On appeal from the 105th District Court
of Nueces County, Texas.

## ORDER OF ABATEMENT

Before Chief Justice Contreras and Justices Longoria and Perkes
Order Per Curiam

This cause is before the Court because the court reporter, JoAnna Farias, has

failed to timely file the reporter's record.   The reporter's record in this cause was originally

1

due to be filed on October 12, 2018.   The reporter has previously requested and received six extensions of time to file the record, granting the reporter until May 8, 2019 to file the record.   The reporter was notified that the court will not look favorably upon any further extensions.   Farias has now filed a seventh extension requesting until June 8, 2019 to file the record.

This sequence of events requires us to effectuate our responsibility to avoid further delay and to preserve the parties' rights.   *See* TEX. R. APP. P. 37.3(a)(2).   Accordingly, this appeal is ABATED and the cause REMANDED to the trial court.

Upon remand, the judge of the trial court shall immediately cause notice to be given and conduct a hearing to determine whether appellant has abandoned his appeal.   If it is determined that appellant has not abandoned his appeal, the court shall further determine if appellants' attorney of record continues to represent appellant and will diligently pursue this appeal.

The court shall further determine if the reporter's record, or any part thereof, has been lost or destroyed, and shall make appropriate findings under Tex. R. App. P. 34.6(f), if necessary.   Otherwise, the court shall determine what steps are necessary to ensure the prompt preparation of a reporter's record and shall enter any orders required to avoid further delay and to preserve the parties' rights.

The trial court shall prepare and file its findings and orders and cause them to be included in a supplemental clerk's record which should be submitted to the Clerk of this Court within thirty days from the date of this order.

IT IS SO ORDERED.

PER CURIAM

Delivered and filed this the
10th day of May, 2019.